UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **BRAD HENDRIX,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 2:14-00052 |
| | ) | Judge Sharp |
| **DEKALB COUNTY BOARD OF EDUCATION, MARK WILLOUGHBY** individually and in his official capacity, As Director of Schools for DeKalb County, Tennessee, | ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, Defendants' Motion for Summary Judgment (Docket No. 21) is hereby GRANTED and Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE.

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE